840 A.2d 988

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Daniel MARSH, Respondent.**

Supreme Court of Pennsylvania.

Dec. 2, 2003.

### *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of December 2003, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Superior Court. *See Commonwealth v. Robinson,* 575 Pa. 500, 837 A.2d 1157, 2003 WL 22410210 (Pa. October 22, 2003).